UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: GINA MICHELLE NICHOLS Debtor(s) | Case No. 11-60037 |
|---|---|

## CHAPTER 13 STANDING TRUSTEES' FRBP 2012 REPORT
## ACCOUNTING OF PRIOR ADMINISTRATION OF CASE

Jeffery P. Norman, former Trustee for the period from the petition date through August 8, 2014 and Faye D. English, successor Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $20,014.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$20,014.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $590.30 |
| Other | $255.55 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,845.85** |
| Attorney fees paid and disclosed by debtor: | $500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| A United Healthcare Company | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| AFNI INC | Unsecured | 204.00 | 0.00 | 204.87 | 0.00 | 0.00 |
| AIS SERVICES LLC | Unsecured | 167,305.00 | 0.00 | 3,150.01 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT | Unsecured | 85.00 | 0.00 | 85.21 | 0.00 | 0.00 |
| America's Urgent Care | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 0.00 | 2,411.30 | 0.00 | 0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| College Dentistry | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| Deborah Smalley | Priority | 1,711.00 | NA | NA | 0.00 | 0.00 |
| DILEY RIDGE MEDICAL CENTER | Unsecured | 1,392.00 | 0.00 | 1,109.10 | 0.00 | 0.00 |
| DOVEL LTD | Unsecured | 14,333.00 | 0.00 | 17,091.96 | 0.00 | 0.00 |
| Dr.'s Paul & Lydic DDS Inc. | Unsecured | 247.20 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | NA | 0.00 | 166,258.90 | 0.00 | 0.00 |
| FINNEY STAGNARO SABA ET AL | Unsecured | 4,518.04 | 0.00 | 5,466.20 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 0.00 | 520.35 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 10,000.00 | 0.00 | 4,424.10 | 2,022.01 | 0.00 |
| INTERNAL REVENUE SERVICE | Secured | 6,511.51 | 0.00 | 4,428.06 | 4,428.06 | 328.54 |
| Manor Jaw and Facial Surgery | Unsecured | 441.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 0.00 | 670.49 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 0.00 | 554.76 | 0.00 | 0.00 |
| Montgomery County Clerk of Courts | Unsecured | 310.00 | NA | NA | 0.00 | 0.00 |
| MUSIC & ARTS CENTER | Secured | 1,224.00 | 0.00 | 1,070.20 | 1,070.20 | 51.24 |
| NEOMED | Unsecured | 21,262.00 | 0.00 | 21,329.42 | 0.00 | 0.00 |
| Northbook Indemnity Company | Unsecured | 173.00 | NA | NA | 0.00 | 0.00 |
| OHIO ATTORNEY GENERAL STATE O | Priority | 6,645.00 | 0.00 | 4,468.00 | 2,042.07 | 0.00 |
| OHIO ATTORNEY GENERAL STATE O | Unsecured | NA | 0.00 | 1,503.00 | 0.00 | 0.00 |
| Ohio Department of Taxation | Secured | 7,242.87 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 0.00 | 1,711.26 | 0.00 | 0.00 |
| REGISTRY FUND | Secured | 2,750.00 | 0.00 | 2,750.00 | 449.11 | 61.89 |
| REGISTRY FUND | Secured | 2,750.00 | 0.00 | 2,750.00 | 449.11 | 61.89 |
| RESURGENT CAPITAL SERVICES | Unsecured | NA | 0.00 | 341.00 | 0.00 | 0.00 |
| The Ohio Bell Telephone Co | Unsecured | NA | 0.00 | 289.72 | 0.00 | 0.00 |
| Tim Freeman Jr. D.D.S. | Unsecured | 1,052.00 | 0.00 | 1,052.20 | 0.00 | 0.00 |
| WELLS FARGO | Secured | NA | 0.00 | 16.25 | 2.71 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $16.25 | $2.71 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $10,998.26 | $6,396.48 | $503.56 |
| **TOTAL SECURED:** | **$11,014.51** | **$6,399.19** | **$503.56** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $8,892.10 | $4,064.08 | $0.00 |
| **TOTAL PRIORITY:** | **$8,892.10** | **$4,064.08** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$223,749.75** | **$0.00** | **$0.00** |

**Disbursements:**

|  |  |
|---|---|
| Expenses of Administration | $3,845.85 |
| Disbursements to Creditors | $10,966.83 |

**TOTAL DISBURSEMENTS** :                                                                                               **$14,812.68**

**BALANCE TRANSFERRED TO SUCCESSOR TRUSTEE $5,201.32**

Dated: 08/09/2014

/s/ Jeffery P. Norman
Chapter 13 Former Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, Ohio  43215-3449
(614) 420-2555
jeff.norman@ch13columbus.com

/s/ Faye D. English
Chapter 13 Successor Trustee
One Columbus
10 West Broad St., Suite 900
Columbus, Ohio  43215-3449
(614) 420-2555
faye.english@ch13columbus.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br>     GINA MICHELLE NICHOLS <br><br>     Debtor(s) | Case No. 11-60037 <br><br> Chapter 13 <br><br> Judge CHARLES M. CALDWELL |

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>August 09, 2014</u>, a copy of the foregoing Notice of Designation of Chapter 13 Standing Trustee and Transfer of Case to Successor Trustee was served on the following registered ECF particiapnts, **electronically** through the court's ECF system at the email address registered with the court:

US Trustee
Faye D. English
MICHAEL A COX ESQ

and on the following by **ordinary U.S. Mail** addressed to:

GINA MICHELLE NICHOLS
384 EVERGREEN CIR
PICKERINGTON, OH,    43147

/s/ Faye D. English
Faye D. English
Chapter 13 Trustee