UNITED STATES BANKRUPTCY COURT
SOUTHERN DIVISION OF OHIO
EASTERN DIVISION

In Re:                                    :          Case No. 11-60037

     Gina Michelle Nichols,          :          Chapter 13

          Debtor(s).          :          Judge Charles M. Caldwell


## **NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes Faye D. English, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the

Registry Fund.

Dated: March 2, 2015                    /s/ Faye D. English
                                        Faye D. English (#0075557)
                                        Chapter 13 Trustee
                                        10 W. Broad Street, Suite 900
                                        Columbus, OH 43215
                                        614-420-2555 telephone
                                        614-420-2550 facsimile
                                        faye.english@ch13columbus.com


| Name and Address | Amount |
| --- | --- |
| Monique Nichols | $2,589.28 |
| 2243 US Highway 52 West | |
| Apt. 1431 | |
| West Lafayette, IN 47906 | |